# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-cr-00055 |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| CHAD DAY | : | |
| Defendant. | : | |

## DETAINER ORDER

It is the order of this Court that upon Defendant's release from the custody of the State of Ohio, and after the state proceedings are complete, up to and including serving any state sentence that may be imposed, the Defendant is to be returned to the custody of the United States Marshal Service for further proceedings before this Court.

**IT IS SO ORDERED.**

July 5, 2023

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge